FILED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 22 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRY DEAN DANIELS | Criminal Indictment<br><br>No. 2:18CR0028 |

THE GRAND JURY CHARGES THAT:

On or about February 9, 2016, in the Northern District of Georgia, the defendant, BARRY DEAN DANIELS, having been previously convicted of a felony offense punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is, a Taurus TCP .380 pistol, model PT-738, and a Hi-Point 9mm semi-automatic pistol, model C-9, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Forfeiture

As a result of committing the offense alleged above, that is, a violation of Title 18, United States Code, Section 922(g)(1), the defendant, BARRY DEAN DANIELS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

A ___True___ BILL

_____
FOREPERSON

BYUNG J. PAK
  United States Attorney

_____
PAUL R. JONES
  Assistant United States Attorney
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2